IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADLEY W. SNYDER, | ) | No. C 13-2568 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

Plaintiff filed a *pro se* petition for writ of mandamus which initiated these proceedings. Plaintiff seeks relief regarding a closed habeas case, *Snyder v. Martel*, C 00-20620 RMW, that was denied in 2003. This Court denied a certificate of appealability in that case, as did the Ninth Circuit. Plaintiff has previously filed two additional cases in this Court in an attempt to attack the same underlying criminal conviction: *Snyder v. Martel*, C 12-5716 PJH, and *Snyder v. Pliler*, C 10-2542 PJH. Both cases were denied as successive. In Plaintiff's current petition for writ of mandamus, Plaintiff is requesting that the United States Supreme Court remand his closed criminal case to the Superior Court. This Court received a service copy of the petition. (Docket No. 1, p. 29.) Accordingly, it appears that this case was improvidently opened, and is therefore **DISMISSED**. The Clerk shall terminate all pending motions, and close the case.

IT IS SO ORDERED.

DATED: 7/29/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Snyder568dism.wpd